**ALBEMARLE MENTAL HEALTH CTR. v. N.C. DEP'T OF HEALTH & HUMAN SERVS.**

[358 N.C. 134 (2004)]

ALBEMARLE MENTAL HEALTH CENTER, DEVELOPMENTAL DISABILITIES, SUB-
STANCE ABUSE SERVICES, PETITIONER, AND N.C. COUNCIL OF COMMUNITY
MENTAL HEALTH, DEVELOPMENTAL DISABILITIES AND SUBSTANCE ABUSE
PROGRAMS, INC., PETITIONER-INTERVENOR v. N.C. DEPARTMENT OF HEALTH
AND HUMAN SERVICES, DIVISION OF MEDICAL ASSISTANCE, RESPONDENT

No. 441A03

(Filed 6 February 2004)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 159 N.C. App. 66, 582 S.E.2d 651 (2003), affirming a judgment entered 24 January 2002 by Judge Stafford Bullock in Superior Court, Wake County. Heard in the Supreme Court 10 December 2003.

*The Twiford Law Firm, by John S. Morrison, for petitioner-appellee; and Poyner & Spruill LLP, by Steven Mansfield Shaber, Thomas R. West, and Pamela A. Scott, for petitioner-intervenor-appellee.*

*Roy Cooper, Attorney General, by Grady L. Balentine, Jr., Assistant Attorney General, for respondent-appellant.*

PER CURIAM.

AFFIRMED.